IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>DAMON BRADLEY JACKSON,<br>Defendant. | CASE NO. 7:23-CR-0004 (HL)<br><br>*Ex Parte* |

### EX PARTE ORDER FOR THE ISSUANCE OF SUBPOENA

Upon motion of Damon Bradley Jackson, by and through his court-appointed counsel, and upon good cause being shown,

**IT IS HEREBY ORDERED** that the Clerk of Court produce[1] a subpoena, pursuant to Rule 17(b) and (c) of the Federal Rules of Criminal Procedure, for the following witness to appear and testify at Mr. Jackson's Jury Trial scheduled to commence on Monday, January 22, 2024, at 10:00 a.m., before the Honorable Hugh Lawson in Valdosta, Georgia:

**Hope Thomas, 1546 Bogota Way, Jonesboro, Georgia 30236**

Upon closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk.

SO ORDERED this 18th day of January, 2024.

                                                              s/Hugh Lawson

                                                              HUGH LAWSON, SENIOR JUDGE
                                                              UNITED STATES DISTRICT COURT
                                                              MIDDLE DISTRICT OF GEORGIA

---

[1] The subpoenas issued herein will be served by the Office of the Federal Defenders of the Middle District of Georgia, Inc.

1