AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

V.

DAMON BRADLEY JACKSON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   7:23-cr-4 (HL-TQL)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/Hugh Lawson
Signature of Judge

HUGH LAWSON, SENIOR UNITED STATES DISTRICT JUDGE
Name and Title of Judge

January 24, 2024
Date